THE AMERICAN PHOTO PLAYER COMPANY, PLAINTIFF, v.
PETER SPASSINO, DEFENDANT.

Submitted November term, 1923—Decided March 27, 1924.

Sale of Goods—Installment Payments—Counter-Claim for Dam-
ages for Failure to Perform—Verdict for Defendant—Judge's
Charge Not in Harmony With "Sale of Goods Act."

On rule, &c.

Before GUMMERE, CHIEF JUSTICE, and Justices MINTURN
and BLACK.

For the plaintiff, *Frank Koch.*

For the defendant, *Dante Rivetti.*

PER CURIAM.

The complaint in this suit shows that the plaintiff by an
agreement dated February 25th, 1920, sold to the defendant
a musical instrument, known as a Robert-Morton, Style 75,
complete, &c., for the sum of $7,620, and took back a mort-
gage upon the same, payable in installments. This suit was
brought to recover the balance of the installments unpaid
amounting to $1,687.64, with interest from April 13th, 1922.
The defendant sets up by way of defense that, by the terms
of the said agreement, the plaintiff agreed to repair the in-
strument for a period of one year from installation such
repairs as were necessary, which it did not do. The plaintiff
has not installed and set up said musical instrument and has
not rendered such repair service as was necessary. Filing
counter-claim of $5,000 damages. The trial resulted in a
verdict for the defendant for $4,022.07 The plaintiff ob-
tained a rule to show cause why a new trial should not be
granted, and writes down eight reasons for a new trial. The

trial judge charged the jury thus: "If this instrument installed was not installed in a reasonably fit condition for the purpose for which it was to be used and for which it was sold. If that has been made out then the defendant is entitled to a judgment for the sum of $4,022.07. If that has not been made out then the plaintiff is entitled to your verdict for $1,687.64." This was injurious error, because it was not in harmony and in accordance with the provisions of the "Sale of Goods act." 4 *Comp. Stat., p.* 4663, §§ 66, 69; *Hirsch* v. *Verschur,* 93 *N. J. L.* 277; *Wurlitzer Manufacturing Co.* v. *United, &c., Co.,* 87 *Id.* 656. The suit was commenced April 20th, 1922. The defendant had the use of the musical instrument for a period of two years.

The rule to show cause must, therefore, be made absolute.